IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBY SWILLING o/b/o L.G.M.W., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:09cv981-CSC |
| ) | (WO) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered in this case, it is

ORDERED and ADJUDGED that the decision of the Commissioner denying benefits be and is hereby AFFIRMED and that this case be and is hereby DISMISSED with prejudice. Costs are taxed against the plaintiff for which execution may issue.

Done this 22nd day of July, 2011.


/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE